In the Matter of the Application of FRANK N. McCOY, JR., Respondent, for an Order of Mandamus against JAMES K. APGAR et al., Individually and Constituting the Board of Trustees of the Village of Peekskill, et al., Appellants.

(Submitted October 26, 1925; decided October 30, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 71.)

---

STEPHEN PEABODY, JR., & Co., INC., Appellant, *v.* THE TRAVELERS INSURANCE COMPANY, Respondent.

(Submitted October 26, 1925; decided October 30, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 511.)